No. 03–1338. SANTA BARBARA NEWS-PRESS ET AL. *v.* ROSS. Ct. App. Cal., 2d App. Dist. Motion of Media Entities for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–9858. DIXON *v.* EQUICREDIT CORP. ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–1270. PERLMAN *v.* DEPARTMENT OF JUSTICE, *ante,* p. 970;

No. 03–898. ORTIZ VELEZ, MAYOR OF SABANA GRANDE, PUERTO RICO, ET AL. *v.* RIVERA-TORRES ET AL., *ante,* p. 972;

No. 03–1100. JONES, DBA MELDER PUBLISHING CO. *v.* HAWKINS ET AL., *ante,* p. 973;

No. 03–1239. FACONTI *v.* POTTER, POSTMASTER GENERAL, *ante,* p. 975;

No. 03–8208. LANN *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, *ante,* p. 907;

No. 03–8338. SACCO *v.* NEW YORK, *ante,* p. 943;

No. 03–8587. OGUNJOBI-YOBO *v.* DEKALB COUNTY, GEORGIA, *ante,* p. 962;

No. 03–8646. PARKS *v.* CITY OF CHATTANOOGA, TENNESSEE, ET AL., *ante,* p. 963;

No. 03–8706. BAHODA *v.* MICHIGAN, *ante,* p. 977;

No. 03–8889. D'ANTUONO *v.* NEW YORK, *ante,* p. 994;

No. 03–8978. PLEASANT, AKA PLEASANTS *v.* UNITED STATES, *ante,* p. 956; and

No. 03–9301. MATHISON ET UX. *v.* CORRECTIONS CORPORATION OF AMERICA ET AL., *ante,* p. 999. Petitions for rehearing denied.

No. 02–10418. SHELTON *v.* MAKEL, WARDEN, 539 U. S. 963. Motion for leave to file petition for rehearing denied.

JUNE 7, 2004

No. 03–9708. GOFF *v.* OHIO. Ct. App. Ohio, Summit County. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washing-*